UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS GILBERT LEHOTSKY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV-21-98 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED IT IS HEREBY ORDERED that: 1. The Commissioner's final decision denying Lehotsky's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits from June 1, 2018, through the date last insured. 2. The Clerk of Court is directed to enter judgment accordingly.

Dated this 30th day of November, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk